EXHIBIT B

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Douglas K. deVries, Esq., SBN 70633<br>deVries Law Firm<br>641 Fulton Avenue, Suite 200<br>Sacramento, CA 95825<br>TELEPHONE NO.: 916-473-4343    FAX NO. (Optional): 916-473-4342<br>E-MAIL ADDRESS (Optional): dkd@dkdlaw.com<br>ATTORNEY FOR (Name): Plaintiff, Vasylyev | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento<br>STREET ADDRESS: 720 9th Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Sacramento, CA 95814<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Sergiy Vasylyev<br>DEFENDANT/RESPONDENT: Guardian Life Ins. Co., Berkshire Life Ins. Co., et al. | |
| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>34-2008-00011997 |

TO (insert name of party being served): Berkshire Life Insurance Company of America

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: July 22, 2008

Douglas K. deVries, Esq.
(TYPE OR PRINT NAME)

▶ _[signature]_
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):
1. [✓] A copy of the summons and of the complaint.
2. [✓] Other (specify):
   Civil Case Cover Sheet; Civil Department Assignment Information; ADR Information and Program Case Notice

(To be completed by recipient):

Date this form is signed:

July 25, 2008
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ Sean P Nalty
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

## PROOF OF SERVICE

Case Number:    34-2008-00011997
Case Name:      VASYLYEV v. GUARDIAN LIFE INS. CO.

I am over the age of eighteen years and am not a party to the within entitled action. I am employed in the County of Sacramento and my business address is 641 Fulton Avenue, Suite 200, Sacramento, California 95825. On the date last written below, I served the following document(s):

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL**

on the parties, through their attorneys of record, by placing true and correct copies thereof in sealed envelope(s) addressed as shown on the attached Service List for service as designated below:

_____ (BY FACSIMILE TRANSMITTAL) by placing a true copy thereof into a facsimile machine addressed to the person, address and telephone number shown above.

**XXXX (BY REGULAR MAIL)** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby the mail is deposited in a U.S. mailbox in the City of Sacramento, California after the close of the day's business.

I declare under penalty of perjury that the foregoing is true and correct and that this Proof of Service was executed this July 31, 2008, at Sacramento, California.

Sean P. Nalty
Wilson Elser Moskowitz et al
525 Market Street
San Francisco, CA 94105-2725
*Attorney for Defendant*

TANA M. HUFFMAN

1

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Douglas K. deVries, Esq., SBN 70633 <br> deVries Law Firm <br> 641 Fulton Avenue, Suite 200 <br> Sacramento, CA 95825 <br> TELEPHONE NO.: 916-473-4343    FAX NO. (Optional): 916-473-4342 <br> E-MAIL ADDRESS (Optional): dkd@dkdlaw.com <br> ATTORNEY FOR (Name): Plaintiff, Vasylyev | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento
STREET ADDRESS: 720 9th Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95814
BRANCH NAME:

PLAINTIFF/PETITIONER: Sergiy Vasylyev

DEFENDANT/RESPONDENT: Guardian Life Ins. Co., Berkshire Life Ins. Co., et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER: <br> 34-2008-00011997 |
|---|---|

TO (insert name of party being served): The Guardian Life Insurance Company of America

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: July 22, 2008

Douglas K. deVries, Esq.
(TYPE OR PRINT NAME)

▶ _(signature)_
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):
1. [✓] A copy of the summons and of the complaint.
2. [✓] Other (specify):

   Civil Case Cover Sheet; Civil Department Assignment Information; ADR Information and Program Case Notice

(To be completed by recipient):

Date this form is signed: July 25, 2008

(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ Sean P Walter
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

## PROOF OF SERVICE

Case Number:    34-2008-00011997
Case Name:      VASYLYEV v. GUARDIAN LIFE INS. CO.

I am over the age of eighteen years and am not a party to the within entitled action. I am employed in the County of Sacramento and my business address is 641 Fulton Avenue, Suite 200, Sacramento, California 95825. On the date last written below, I served the following document(s):

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL**

on the parties, through their attorneys of record, by placing true and correct copies thereof in sealed envelope(s) addressed as shown on the attached Service List for service as designated below:

_____ (BY FACSIMILE TRANSMITTAL) by placing a true copy thereof into a facsimile machine addressed to the person, address and telephone number shown above.

**XXXX (BY REGULAR MAIL)** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby the mail is deposited in a U.S. mailbox in the City of Sacramento, California after the close of the day's business.

I declare under penalty of perjury that the foregoing is true and correct and that this Proof of Service was executed this July 31, 2008, at Sacramento, California.

Sean P. Nalty
Wilson Elser Moskowitz et al
525 Market Street
San Francisco, CA 94105-2725
*Attorney for Defendant*

TANA M. HUFFMAN

1