| | |
|---|---|
| 1 | SEAN P. NALTY  (SBN 121253) |
|   | Email: Sean.Nalty@WilsonElser.com |
| 2 | SHIVANI NANDA (SBN 253891) |
|   | Email: Shivani.Nanda@WilsonEler.com |
| 3 | WILSON, ELSER, MOSKOWITZ, |
|   |    EDELMAN & DICKER LLP |
| 4 | 525 Market Street, 17th Floor |
|   | San Francisco, California  94105 |
| 5 | Telephone:    (415) 433-0990 |
|   | Facsimile:    (415) 434-1370 |

Attorneys for Defendants
BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA
and THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIY VASYLYEV, | CASE NO.   CV08-01961 JAM  GGH |
| Plaintiff, | **STIPULATION OF THE PARTIES RE: MODIFICATION OF THE SCHEDULING ORDER IN THIS MATTER AND ORDER THEREON** |
| v. | |
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA; THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA | Action Filed:  May 29, 2008 |
| Defendants. | |

      Plaintiff, Sergiy Vasylyev, through his counsel of record, Douglas K. deVries, deVries Law Firm and defendants Berkshire Life Insurance Company of America and The Guardian Life Insurance Company of America ("defendants"), through their counsel of record, Sean P. Nalty, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate to the following:

      1.     The parties have worked over the last several weeks on trying to settle this matter.

      2.     Expert disclosure in this matter are set for August 28, 2009.  Rebuttal expert disclosure is set for September 11, 2009. As set forth below, the parties to this matter desire to modify this portion of the scheduling order so that experts do not have to disclose until September 25, 2009.  This will allow both parties not to have to spend money on experts during the time while continued efforts toward settlement negotiations are taking place.  This modification in the

PDF created with pdfFactory trial version www.pdffactory.com

scheduling order does not change any of the order dates in the order, including the close of discovery.

Therefore, the parties, through their attorneys of record, hereby stipulate to the following:

1. That the scheduling order in this matter can be modified so that expert disclosures in this matter are due on or before September 25, 2009. The disclosure of rebuttal experts shall be due on or before October 9, 2009. All other dates in the scheduling order remain the same.

IT IS SO STIPULATED.

Dated: July 29, 2009           WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By:   */s/ Sean P. Nalty*
      SEAN P. NALTY
      SHIVANI NANDA
      Attorneys for Defendants
      BERKSHIRE LIFE INSURANCE COMPANY
      OF AMERICA and THE GUARDIAN LIFE
      INSURANCE COMPANY OF AMERICA


Dated: July_29, 2009           deVRIES LAW FIRM


By:   */s/ Douglas K. deVries*
      DOUGLAS K. deVRIES
      Attorney for Plaintiff
      SERGIY VASYLYEV

## **ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, the scheduling order in this matter is modified so that expert disclosures are now due on or before September 25, 2009 and rebuttal expert disclosures are due on or before October 9, 2009. All other dates in the scheduling order remain the same.

**IT IS SO ORDERED.**

Dated:  July 30, 2009          /s/ John A. Mendez
                               JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com