DOUGLAS K. deVRIES (SB#70633)
deVRIES LAW FIRM
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
Tel:     916/473-4343
Fax:    916/473-4342
Email: dkd@dkdlaw.com

*Attorneys for Plaintiff*

SEAN P. NALTY (SB#121253)
WILSON ELSER MOSKOWITZ ET AL
525 Market Street
San Francisco, CA 94105-2725
Tel: (415) 433-0990
Fax: (415) 434-1370
Email: sean.nalty@wilsonelser.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIY VASYLYEV, | NO.   2:08-CV-01961-JAM-GGH |
| Plaintiff, | **JOINT MID-LITIGATION STATEMENT** |
| vs. | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, | **Honorable Judge John A. Mendez** |
| Defendants. | |

Plaintiff SERGIY VASYLYEV ("Plaintiff"), and Defendants THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, by and through their respective counsel of record, hereby submit their Joint Mid-Litigation Statement pursuant to Order of this Court.

Joint Mid-Litigation Statement                                                                                                 1.

1   There have not been any law and motion matters heard by the court in this matter to-
2   date, however both parties plan to file Motions for Summary Judgment before the deadline
3   on December 2, 2009.

6   Dated: October 16, 2009                    deVRIES LAW FIRM

8                                              /s/ DOUGLAS K. DEVRIES, Esq.
                                               Attorney for Plaintiff

10  Dated: October 16, 2009                    WILSON ELSER MOSKOWITZ ET AL

12                                             /s/ SEAN NALTY, Esq.
                                               Attorney for Defendants

**PROOF OF SERVICE**

Case Number:        2:08-CV-01961-JAM-GGH
Case Name:          VASYLYEV v. GUARDIAN LIFE INS. CO.

    I am over the age of eighteen years and am not a party to the within entitled action. I am employed in the County of Sacramento and my business address is 641 Fulton Avenue, Suite 200, Sacramento, California 95825.  On the date last written below, I served the following document(s):

**JOINT MID-LITIGATION STATEMENT**

on the parties, through their attorneys of record, by placing true and correct copies thereof in sealed envelope(s) addressed as shown on the attached Service List for service as designated below:

\_\_\_\_\_ (BY FACSIMILE TRANSMITTAL)  by placing a true copy thereof into a facsimile machine addressed to the person, address and telephone number shown above.

**XXXX (BY REGULAR MAIL)** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby the mail is deposited in a U.S. mailbox in the City of Sacramento, California after the close of the day's business.

    I declare under penalty of perjury that the foregoing is true and correct and that this Proof of Service was executed this October 16, 2009, at Sacramento, California.

Sean P. Nalty
Wilson Elser Moskowitz et al
525 Market Street
San Francisco, CA 94105-2725
*Attorney for Defendant*

                                             _____
                                                TANA M. HUFFMAN