1  DOUGLAS K. deVRIES (SB#70633)
   deVRIES LAW FIRM
2  641 Fulton Avenue, Suite 200
   Sacramento, CA  95825
3  Tel:    916/473-4343
   Fax:    916/473-4342
4  Email: dkd@dkdlaw.com

5  *Attorneys for Plaintiff*

6  SEAN P. NALTY (SB#121253)
   WILSON ELSER MOSKOWITZ ET AL
7  525 Market Street
   San Francisco, CA 94105-2725
8  Tel: (415) 433-0990
   Fax: (415) 434-1370
9  Email: sean.nalty@wilsonelser.com

10 *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIY VASYLYEV, | NO.   2:08-CV-01961-JAM-GGH |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS** |
| vs. | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, | **(Case Removed to Federal Court: 8/20/08)** |
| | Judge:     Hon. Judge John A. Mendez |
| Defendants. | Trial date:  March 29, 2010 |
| _____ / | |

25    Plaintiff SERGIY VASYLYEV ("Plaintiff"), and Defendants THE GUARDIAN
26 LIFE INSURANCE COMPANY OF AMERICA, BERKSHIRE LIFE INSURANCE
27 COMPANY OF AMERICA, have settled this matter.  Accordingly, plaintiff through his
28 counsel of record Douglas K. deVries, deVries Law Firm, and defendants, through their

Stipulation and Order of Dismissal                                                1.

counsel of record Sean P. Nalty, Wilson, Elser, Moskowitz, etc., , hereby stipulate, as follows: This case, having been settled, shall be dismissed with prejudice in its entirety as to all parties with each party to bear its own costs of suit and attorney fees.

Dated: November 6, 2009                              deVRIES LAW FIRM


                                                     /s/ DOUGLAS K. DEVRIES, Esq.
                                                     Attorney for Plaintiff

Dated: November 6, 2009                              WILSON ELSER MOSKOWITZ etc.


                                                     /s/ SEAN NALTY, Esq.
                                                     Attorney for Defendants

## ORDER

Based on the stipulation of the parties set forth above, the matter against defendants, THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, is dismissed with prejudice in its entirety, with each party to bear its own costs of suit and attorney's fees.

**IT IS SO ORDERED.**


Dated: November ____, 2009                    _____
                                              **Hon. Judge John A. Mendez**

**PROOF OF SERVICE**

Case Number:     2:08-CV-01961-JAM-GGH
Case Name:       VASYLYEV v. GUARDIAN LIFE INS. CO.

I am over the age of eighteen years and am not a party to the within entitled action. I am employed in the County of Sacramento and my business address is 641 Fulton Avenue, Suite 200, Sacramento, California 95825.  On the date last written below, I served the following document(s):

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS**

on the parties, through their attorneys of record, by placing true and correct copies thereof in sealed envelope(s) addressed as shown on the attached Service List for service as designated below:

_____ (BY FACSIMILE TRANSMITTAL)  by placing a true copy thereof into a facsimile machine addressed to the person, address and telephone number shown above.

**XXXX (BY REGULAR MAIL)** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby the mail is deposited in a U.S. mailbox in the City of Sacramento, California after the close of the day's business.

I declare under penalty of perjury that the foregoing is true and correct and that this Proof of Service was executed this November 6, 2009, at Sacramento, California.

Sean P. Nalty
Wilson Elser Moskowitz et al
525 Market Street
San Francisco, CA 94105-2725
*Attorney for Defendant*

                                                 /s/ Tana Huffman
                                                TANA M. HUFFMAN