1  DOUGLAS K. deVRIES (SB#70633)
   deVRIES LAW FIRM
2  641 Fulton Avenue, Suite 200
   Sacramento, CA  95825
3  Tel:    916/473-4343
   Fax:    916/473-4342
4  Email: dkd@dkdlaw.com

5  *Attorneys for Plaintiff*

6  SEAN P. NALTY (SB#121253)
   WILSON ELSER MOSKOWITZ ET AL
7  525 Market Street
   San Francisco, CA 94105-2725
8  Tel: (415) 433-0990
   Fax: (415) 434-1370
9  Email: sean.nalty@wilsonelser.com

10 *Attorneys for Defendants*

11

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15  SERGIY VASYLYEV,                    NO.    2:08-CV-01961-JAM-GGH

16

17                    Plaintiff,        **STIPULATION  AND  ORDER  OF
                                        DISMISSAL  WITH  PREJUDICE  OF
18  vs.                                 DEFENDANTS**

19
    THE   GUARDIAN   LIFE   INSURANCE   **(Case Removed to Federal Court: 8/20/08)**
20  COMPANY OF AMERICA, BERKSHIRE
    LIFE   INSURANCE   COMPANY   OF
21  AMERICA,                            **Judge:      Hon. Judge John A. Mendez
                                        Trial date:   March 29, 2010**
22                    Defendants.

23  _____/

24

25       Plaintiff SERGIY VASYLYEV ("Plaintiff"), and Defendants THE GUARDIAN

26  LIFE INSURANCE COMPANY OF AMERICA, BERKSHIRE LIFE INSURANCE

27  COMPANY OF AMERICA, have settled this matter.  Accordingly, plaintiff through his

28  counsel of record Douglas K. deVries, deVries Law Firm, and defendants, through their

counsel of record Sean P. Nalty, Wilson, Elser, Moskowitz, etc., , hereby stipulate, as follows:  This case, having been settled, shall be dismissed with prejudice in its entirety as to all parties with each party to bear its own costs of suit and attorney fees.


Dated: November 6, 2009                          deVRIES LAW FIRM


                                                  /s/ DOUGLAS K. DEVRIES, Esq.
                                                 Attorney for Plaintiff

Dated: November 6, 2009                          WILSON ELSER MOSKOWITZ etc.


                                                 /s/ SEAN NALTY, Esq.
                                                 Attorney for Defendants

### ORDER

Based on the stipulation of the parties set forth above, the matter against defendants, THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,  is dismissed with prejudice in its entirety, with each party to bear its own costs of suit and attorney's fees.

**IT IS SO ORDERED.**


Dated: November 6, 2009              /s/ John A. Mendez
                                     **Hon. Judge John A. Mendez**

1

## PROOF OF SERVICE

2  Case Number:         2:08-CV-01961-JAM-GGH
   Case Name:           VASYLYEV v. GUARDIAN LIFE INS. CO.

3

4          I am over the age of eighteen years and am not a party to the within entitled action.
   I am employed in the County of Sacramento and my business address is 641 Fulton Avenue,
   Suite 200, Sacramento, California 95825.   On the date last written below, I served the
5  following document(s):

6  **STIPULATION   AND   ORDER   OF   DISMISSAL   WITH   PREJUDICE   OF
   DEFENDANTS**

7

8  on the parties, through their attorneys of record, by placing true and correct copies thereof
   in sealed envelope(s) addressed as shown on the attached Service List for service as
   designated below:

9

   _____ (BY FACSIMILE TRANSMITTAL)  by placing a true copy thereof into a facsimile
10 machine addressed to the person, address and telephone number shown above.

11 **XXXX (BY REGULAR MAIL)** by placing such envelope(s) with postage thereon fully
   prepaid in the designated area for outgoing mail in accordance with this office's practice,
12 whereby the mail is deposited in a U.S. mailbox in the City of Sacramento, California after
   the close of the day's business.

13

14         I declare under penalty of perjury that the foregoing is true and correct and that this
   Proof of Service was executed this November 6, 2009, at Sacramento, California.

15 Sean P. Nalty
   Wilson Elser Moskowitz et al
16 525 Market Street
   San Francisco, CA 94105-2725
17 *Attorney for Defendant*

18

19
                                   ___/s/ Tana Huffman_____
20                                 TANA M. HUFFMAN

21

22

23

24

25

26

27

28

Stipulation and Order of Dismissal                                                    3.